UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2022
```

Bullshine Distillery, LLC,

           Plaintiff,

—v—

Macmillan Publishers, Inc.,

           Defendant.

21-mc-869 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Defendant is ordered to file any response to Plaintiff's motion to compel foreign discovery by March 7, 2022. Plaintiff is directed to serve this order on Defendant by February 28, 2022 and file an affidavit of service.

    SO ORDERED.

Dated: February 22, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge